Petition for Writ of Mandamus Denied and Opinion filed March 13, 2003









Petition for Writ of Mandamus Denied and Opinion filed
March 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00235-CV

____________

 

IN RE ROGER G. WASHINGTON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 27, 2003, relator,
an inmate, filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to compel the judge of the 339th District Court of Harris County to rule
on this motion for discovery filed in connection with his 1995 conviction for
burglary of a habitation and aggravated assault.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed March 13, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.